```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTOPHER SCHUH AND DIANE SCHUH,  :

                    Plaintiffs,          :      ORDER

            -v.-

                                       :      07 Civ. 366 (LAK) (GWG)

DRUCKMAN & SINELL, L.L.P. et al.,     :

                  Defendant.     :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The deadline for completing the discovery contemplated in the Order dated March 31, 2009 is extended to October 30, 2009. On or before that date, the parties shall write to the Court with a proposed schedule for summary judgment motions or, in the alternative, the reasons why they wish the Court to hold a conference in this matter.

      Any request to make a motion to compel, or to make any other discovery motion, shall comply with paragraph 2.A of this Court's Individual Practices and shall be made as soon as the basis for the motion becomes known to the party seeking the relief.

      SO ORDERED.

Dated: September 16, 2009
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                               United States Magistrate Judge